722

·AUSTIN *v.* WARDEN OF MARYLAND HOUSE OF
CORRECTION

[H. C. No. 4, October Term, 1947.]

*Decided November 13, 1947.*

Before MARBURY, C. J., DELAPLAINE, COLLINS, GRASON,
HENDERSON, and MARKELL, JJ.

*Per Curiam.*

This is an application for leave to appeal from refusal
of a writ of habeas corpus. *Jackson v. Warden of Mary-
land House of Correction*, 190 Md. 717, 60 A. 2d 179,
just decided.

Petitioner is imprisoned under sentence of four-and-
one-half years for "housebreaking"—presumably "statu-
tory burglary", Art. 27, sec. 34. *Hickman v. Brady*,
188 Md. 103, 52 A. 2d 72. He says he was not guilty
but two of his companions were and he was "at the
scene". The questions of guilt or innocence and the suf-
ficiency of the evidence cannot be retried on habeas
corpus. *Olewiler v. Brady*, 185 Md. 341, 344, 44 A. 2d
807; *Bernard v. Warden of Maryland House of Correc-
tion*, 187 Md. 273, 49 A. 2d 737; *Copeland v. Wright*,
188 Md. 666, 53 A. 2d 553.

*Application denied, without costs.*